IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CITY OF PENSACOLA,

    Plaintiff,

vs.                                             CASE NO. 3:16cv203-RV/CJK

EMERALD COAST UTILITIES
AUTHORITY; U.S. DEPARTMENT
OF TRANSPORTATION, FEDERAL
AVIATION ADMINISTRATION; and
MICHAEL PETER HUERTA, in his
official capacity as Administrator of the
Federal Aviation Administration,

    Defendants.
_____/

## **LOCAL RULE 16.2(A) NOTICE OF SETTLEMENT**

    Pursuant to Local Rule 16.2(A), Plaintiff, City of Pensacola, by and through its attorneys, hereby notify the Court that the dispute underlying this action has been amicably settled. The parties to the settlement agreement are currently in the process of consummating and closing the settlement with the signing and exchange of appropriate settlement papers and instruments, and upon completion of those activities, the parties intend to promptly file an appropriate stipulation for dismissal with prejudice under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

    Dated this 28th day of October, 2016.

1

Respectfully submitted,

/s/ Ralph A. Peterson
Ralph A. Peterson
Florida Bar No.: 303021
John P. Daniel
Florida Bar No.: 784291
BEGGS & LANE, RLLP
Post Office Box 12950
501 Commendencia Street
Pensacola, Florida 32502-5953
Telephone: (850) 432-2451
jpd@beggslane.com (primary)
rap@beggslane.com (primary)
msk@beggslane.com (secondary)
adl@beggslane.com (secondary)
jd@beggslane.com (secondary)

-and-

John L. Fiveash
Florida Bar No.: 716571
Edwin A. Steinmeyer
Florida Bar No.: 883920
STEINMEYER FIVEASH LLP
310 West College Avenue
Tallahassee, Florida 32301
Telephone: (850) 270-6990
jlf@steinmeyerfiveash.com (primary)
eas@steinmeyerfiveash.com (primary)
jrs@steinmeyerfiveash.com (secondary)

*Attorneys for Plaintiff City of Pensacola*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically by the Court's ECF system this 28th day of October, 2016, on:

Robert N. Clarke, Jr., Esq.  
Martin B. Sipple, Esq.  
AUSLEY & MCMULLEN, P.A.  
123 South Calhoun Street  
P.O. Box 391 (zip 32302)  
Tallahassee, Florida 32301

Susan K. Ullman, Esq.  
U.S. DEPARTMENT OF JUSTICE  
20 Massachusetts Avenue, NW  
Washington, D.C. 20530

/s/ Ralph A. Peterson  
Ralph A. Peterson  
Florida Bar No.: 303021  
BEGGS & LANE, RLLP  
Post Office Box 12950  
501 Commendencia Street  
Pensacola, Florida 32502-5953  
Telephone: (850) 432-2451  
rap@beggslane.com (primary)  
adl@beggslane.com (secondary)  
jd@beggslane.com (secondary)