IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CITY OF PENSACOLA,

    Plaintiff,

v.                                     Case No. 3:16cv203/RV/CJK

EMERALD COAST UTILITIES
AUTHORITY; U.S. DEPARTMENT
OF TRANSPORTATION, FEDERAL
AVIATION ADMINISTRATION; and
MICHAEL PETER HUERTA, in his
official capacity as Administrator of
the Federal Aviation Administration,

    Defendants.

## ORDER OF DISMISSAL

The Court having been advised that this matter has been compromised and settled between the parties, it is ORDERED:

(1)  This cause is hereby DISMISSED, with prejudice and without taxation of costs.

(2)  In the event settlement is not consummated for any reason, the Court reserves the power, upon motion filed by any party within 60 days after date, to amend, alter or vacate and set aside this order of dismissal.

DONE AND ORDERED this 16th day of November, 2016.

                                                    /s/ *Roger Vinson*
                                                    **ROGER VINSON**
                                                    **Senior United States District Judge**